# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF
# REQUEST TO MAKE TAX PAYMENTS

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1.   I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2.   Damasco was appointed as Tax Administrator for the SEC v Dollar General Corp Distribution Fund in the Order to Appoint Tax Administrator, Case No. 3:05-CV-00283 filed on May 23, 2006.

3.   As Tax Administrator, Damasco has determined that the SEC v Dollar General Corp Distribution Fund owes $37,713 in tax liability for the tax year 2007. This tax payment is due March 17, 2008.

4.   Damasco has also determined that the SEC v Dollar General Corp Distribution Fund owes $100,000 in estimated tax liability for the tax year 2008. The breakdown for all these payments is as follows:

|  | Amount Due |
| --- | --- |
| 2007 US Return: | $37,713 |
| 2008 Estimates: | $100,000 |
| Total: | $137,713 |

5.   A check in the amount of $137,713 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA  94019. For timely payment, the check should be received in out office on or before March 7, 2008.

6.   The check will be deposited into a trust account from which the tax payments will be



PLAINTIFF'S
EXHIBIT
4
tabbies

made.  Therefore, the Employer Identification Number that should be written on the check is 20-4477074 because it is for tax payment on behalf of the SEC v Dollar General Corp Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 22, 2008 in Half Moon Bay, California.


Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC v Dollar General Corp\2007\JPD 2007 US 2008 Q1 Dec.doc

## DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1.      I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019.  I am a certified public accountant.

2.      Damasco was appointed as Tax Administrator for the SEC v Dollar General Corp Distribution Fund in the Order to Appoint Tax Administrator, Case No. 3:05-CV-00283 filed on May 23, 2006.

3.      Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for preparation and filing of the 2007 qualified settlement fund tax returns and related tax compliance services for the SEC v Dollar General Corp Distribution Fund.

4.      Please remit payment in the amount of $1,857.76 via wire transfer or check according to the instructions listed on the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 22, 2008 in Half Moon Bay, California.

Jude P. Damasco



**PLAINTIFF'S EXHIBIT**

# *Damasco & Associates LLP*

**PO Box 45719**
**San Francisco, CA 94145-0719**
**650-726-4100**
**FEIN 20-3042202**

Craig Welter
SEC v Dollar General Corp Distribution Fund
U.S. Securities & Exchange Commission
100 F Street, Ne
Washington, DC  20549

*CATS: HO-09238-B  Case Number: 3:05-CV-00283*

| | |
|---|---|
| Invoice No. | 17852 |
| Date | Thursday, February 21, 2008 |
| Client No. | 009452 |

---

| SERVICE | | AMOUNT |
|---|---|---|
| Preparation and Filing of 2007 US and DC Qualified Settlement Fund Tax Returns. | $ | 1,550.00 |
| Retrieve Court Documents | | 1.76 |
| Other Services: Review and respond to correspondence from Internal Revenue Service. | | 306.00 |
| | Current Amount Due | 1,857.76 |
| | Prior Balance | 0.00 |
| | Total Amount Due | $ 1,857.76 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK OF CALIFORNIA
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019



PLAINTIFF'S EXHIBIT
C
tobler