SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DOLLAR GENERAL CORPORATION
HURLEY CALISTER TURNER, JR.,
BRIAN M. BURR,
RANDY S. SANDERSON, and,
BOBBY R. CARPENTER

Defendants.

Civil Case No. 3:05 0283
Honorable William J. Haynes

*[Handwritten annotation: Ordered. This motion is GRANTED for a disbursement of $1,399.07. /s/ 5-7-13]*

## PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S MOTION TO AUTHORIZE THE DISTRIBUTION AGENT TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Securities and Exchange Commission (the "Commission") respectfully requests that the Court enter an order authorizing The Garden City Group, Inc. (the "Distribution Agent") to disburse $1,399.07 from funds on deposit in the Dollar General Fair Fund to pay the fees and expenses of the Tax Administrator, Damasco & Associates LLP.

The Commission filed an action against the Dollar General Corporation and four other individuals (the "Defendants") on April 7, 2005. Without admitting or denying the allegations in the Commission's Complaint, the Defendants consented to Final Judgments entered by this court on April 14, 2005 and April 11, 2006. (Docket Nos. 7, 8, 9, 10 and 36). As required by these Final Judgments, the Defendants paid a total of $877,786.17 in disgorgement and prejudgment interest, and $11,740,824 in civil penalties to the Clerk of the Court. The Clerk of the Court deposited these funds into an interest-bearing account with the Court Registry Investment System ("CRIS") (hereafter, the "Dollar General Settlement fund").

1