UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DOLLAR GENERAL CORPORATION
HURLEY CALISTER TURNER, JR.,
BRIAN M. BURR,
RANDY S. SANDERSON, and,
BOBBY R. CARPENTER

Defendants.

Civil Case No. 3:05 0283
Honorable William J. Haynes

## PLAINTIFF'S MOTION TO AUTHORIZE THE DISTRIBUTION AGENT TO DISTRIBUTE THE FAIR FUND TO ELIGIBLE CLAIMANTS AND PAY FEES AND EXPENSES OF DISTRIBUTION AGENT

*[Handwritten annotation: GRANTED. This motion is granted. 7-2-13]*

The Securities and Exchange Commission (the "Commission") respectfully requests that the Court enter an order authorizing The Garden City Group, Inc. (hereafter, "Distribution Agent" or "Garden City") to: 1) distribute approximately $18.7 million from funds that are deposited in the Dollar General Fair Fund escrow account to Eligible Claimants[1] pursuant to the approved Distribution Plan; and 2) disburse $567,703.21 from the same funds to itself for the payment of fees and expenses incurred from March 16, 2011 through February 15, 2013.

**Procedural Background**

The Commission filed an action against the Dollar General Corporation and four other individuals (the "Defendants") on April 7, 2005. Without admitting or denying the allegations in the Commission's Complaint, the Defendants consented to Final Judgments entered by this court

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Distribution Plan approved by the Court.

1